No. 804. NAVIOS CORPORATION ET AL. *v.* NATIONAL MARITIME UNION OF AMERICA ET AL.; and

No. 805. GLOBAL SEAMEN'S UNION *v.* NATIONAL MARITIME UNION OF AMERICA ET AL. Supreme Court of Pennsylvania. Certiorari denied. *Herbert Brownell, Earle K. Shawe, Samuel B. Fortenbaugh, Jr.* and *Wendell W. Lang* for petitioners in No. 804. *Israel Packel* for petitioner in No. 805. *Abraham E. Freedman, Herman E. Cooper, H. Howard Ostrin* and *Richard P. Long* for respondents.

No. 715. CLAWSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Russell E. Parsons* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Meyer Rothwacks* for the United States.

No. 336, Misc. CAMPOS DE JEREZ *v.* ESPERDY, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied. *Claude Henry Kleefield* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for respondent.

No. 881, Misc. MASON *v.* ELLIS, CORRECTIONS DIRECTOR. Court of Criminal Appeals of Texas. Certiorari denied.

No. 883, Misc. SOLLAZZO *v.* ESPERDY, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied. *Nathan Kestnbaum* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Felicia Dubrovsky* for respondent.